(No. 75-CC-180— 

DENNIS G. JASINOWSKI, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 4, 1974.*

DENNIS G. JASINOWSKI, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-190— 

NORTHWEST SUBURAN SPECIAL EDUCATION ORGANIZATION, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 4, 1974.*

NORTHWEST SUBURAN SPECIAL EDUCATION ORGANIZATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM. 